```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

RANGER INDUSTRIES, INC.,

        Defendant.

20 Civ. 8965 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 30, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by December 28, 2020. ECF No. 6 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **January 1, 2021**.

    SO ORDERED.

Dated: December 30, 2020
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge