

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/4/2021__

MARK ROZENBERG ▪
KENNETH WILLARD ▲▪

▲ NJ Bar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 31, 2020

**Via CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY, 10007

      Re:    **Monegro vs Ranger Industries, Inc.**
              Case #: 1:20-cv-08965- AT

Dear Judge Torres:

We represent the Plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for January 2, 2021, at 10:00am be adjourned. The Defendant was served on October 29, 2020. The Defendant is now in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default within 45 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

GRANTED. The initial pretrial conference scheduled for January 4, 2021, is ADJOURNED *sine die*. By **February 18, 2021**, Plaintiff shall move for default.

SO ORDERED.

Dated: January 4, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge